## JOAN TABOR v. SETH LEVALLEY.

### JOAN TABOR v. WILLIAM ROSS.

October 9, 1984.

Petition for certification denied.